

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00526-CV

**SSOE, INC.,**
Appellant

v.

**TOKIO MARINE AMERICA INSURANCE CO.** and Mitsui Sumitomo Insurance Co. of
America, as subrogees of Toyota Motor North America, Inc., and Toyota Motor Manufacturing,
Texas, Inc.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08737
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is REVERSED
and REMANDED to the trial court to determine whether the dismissal should be with or without
prejudice to refiling. Costs of this appeal are assessed against Appellees Tokio Marine America
Insurance Co. and Mitsui Sumitomo Insurance Co. of America, as subrogees of Toyota Motor
North America, Inc., and Toyota Motor Manufacturing, Texas, Inc.

SIGNED December 27, 2018.

_____
Patricia O. Alvarez, Justice